.

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243


Apex Asset
2501 Oregon Pike
Lancaster, PA 17601


Apex Asset
2501 Oregon Pike
Lancaster, PA 17601


Apex Asset
2501 Oregon Pike
Lancaster, PA 17601


Apex Asset
2501 Oregon Pike
Lancaster, PA 17601


Apex Asset
2501 Oregon Pike
Lancaster, PA 17601


Apex Asset
2501 Oregon Pike
Lancaster, PA 17601


Apex Asset
2501 Oregon Pike
Lancaster, PA 17601

Apex Asset
2501 Oregon Pike
Lancaster, PA 17601


Arcadia
645 Penn St
Reading, PA 19601


Arcadia
645 Penn St
Reading, PA 19601


Arcadia
645 Penn St
Reading, PA 19601


Arcadia
645 Penn St
Reading, PA 19601


Caine Weiner
PO Box 55848
Sherman Oaks, CA 91413


Convergent Outsourcing
800 Sw 39th Street
Renton, WA 98057


DGR Management, Inc.
2201 Ridgewood Rd.
Suite 400
Reading, PA 19610


Enhanced Recovery Co L
8014 Bayberry Road
Jacksonville, FL 32256

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Lvnv Funding, Llc
PO Box 1269
Greenville, SC 29602

Midwest Rcvry
514 Earth City Plaza
Earth City, MO 63045

Natioanl Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

National Recovery Agen
2491 Paxton St.
Harrisburg, PA 17111

National Recovery Agen
2491 Paxton St.
Harrisburg, PA 17111

National Recovery Agen
2491 Paxton St.
Harrisburg, PA 17111

National Recovery Agen
2491 Paxton St.
Harrisburg, PA 17111

National Recovery Agen
2491 Paxton St.
Harrisburg, PA 17111

Pennsylvania American Water
PO Box 371412
Pittsburgh, PA 15250


Portfolio Recovery Assoc.
120 Corporate Blvd.
Ste. 100
Norfolk, VA 23502


PPL Electric
2 North 9th Street
CPC-GEN 1
Allentown, PA 18101


Receivable Management
7206 Hull Street Rd Ste
Richmond, VA 23235


Tbom/total Crd
5109 S Broadband Lane
Sioux Falls, SD 57109


Tek-collect Inc
Pob 1269
Columbus, OH 43216


Verizon
Po Box 650584
Dallas, TX 75265