UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tara Snyder                                    Case Number 19-10898-amc

Debtor                                                Chapter 13

CERTIFICATE OF SERVICE OF THE FIRST AMENDED PLAN

I, Brenna H. Mendelsohn, hereby certify that I served a copy of the First Amended Plan upon the Debtors, the Matrix Creditors, the Secured and Priority creditors that filed a proof of claim to the address provided on the claim and the following individuals at the addresses listed below by first class mail and/or by electronic means, including any creditors that filed for Notice on Pacer on July 14, 2019.

Scott F. Waterman, Esq. Chapter 13 Trustee - via ECF

United States Trustee - via ECF

Respectfully Submitted,

Dated: July 14, 2019                                  By: /s/ Brenna H. Mendelsohn

                                                      Brenna H. Mendelsohn, Esquire